NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHRISTOPHER G. WALKER,                    )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D17-2825
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
                                          )
_____       )

Opinion filed February 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Pat Siracusa, Judge.

Christopher G. Walker, pro se.


PER CURIAM.


            Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.